No. 97–1207. MILLET v. WOODWARD ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–1208. MAKAREWICZ ET AL. v. AMERICAN EXPRESS FINANCIAL ADVISORS, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–1211. WILLIAMS v. YELLOW FREIGHT SYSTEMS, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 97–1212. WEBSTER v. BERT BELL/PETE ROZELLE NFL PLAYER RETIREMENT PLAN ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–1213. JENKINS v. HEINTZ ET AL. C. A. 7th Cir. Certiorari denied.

No. 97–1214. CHRISTIAN v. ST. ANTHONY'S MEDICAL CENTER. C. A. 7th Cir. Certiorari denied.

No. 97–1219. TORBECK ET AL. v. BOZZO ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–1223. TOWNSHIP OF NORTH BERGEN v. NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–1226. HEWLETT-PACKARD CO. v. REPEAT-O-TYPE STENCIL MANUFACTURING CORP., INC., ET AL. C. A. Fed. Cir. Certiorari denied.

No. 97–1231. TREECE v. LYONS TOWNSHIP HIGH SCHOOL ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 97–1232. MCDANIEL v. APPRAISAL INSTITUTE. C. A. 9th Cir. Certiorari denied.

No. 97–1233. PAUL ET AL. v. LEVY ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–1238. BOURGEOIS v. AVONDALE SHIPYARDS, INC. C. A. 5th Cir. Certiorari denied.